Holderman, J.

(No. 5871—

Licata Moving and Storage Company, Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed April 27, 1971.*

Licata Moving and Storage Company, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

(No. 5875—

St. Francis Hospital, Claimant, *vs.* State of Illinois, Division of Vocational Rehabilitation, Respondent.

*Opinion filed April 27, 1971.*

St. Francis Hospital, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Holderman, J.